```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA


PFIZER, INC.,                       :    CIVIL ACTION
                                    :    NO. 17-911
        Plaintiff,                  :
                                    :
     v.                             :
                                    :
AIMEE DE BLASIS AMANN,              :
                                    :
        Defendant.                  :
```

**O R D E R**

**AND NOW**, this **1st** day of **March, 2017,** upon consideration of Plaintiff's Verified Complaint and Emergency Motion for Ex Parte Temporary Restraining Order ("TRO Motion"), the Court enters the following Order:

Findings

1. It appears that Plaintiff has a reasonable likelihood of success on the merits of its claims that Defendant breached the Employment Agreement ("the Agreement") by misappropriating confidential information and trade secrets from Plaintiff, and by failing to return such information to Plaintiff after Defendant's employment ended.

2. It appears that, absent the relief provided herein, Plaintiff will suffer irreparable harm and injury to its operations and reputation, for which it has no adequate remedy at law. Upon consideration of these factors, the harm Defendant

1

may suffer if injunctive relief is granted, the public interest, and all of the other legally required considerations, the Court determines that a temporary restraining order should be entered and this equitable relief should be granted.

    3.   This Order is being issued without prior notice to Defendant because there is a real danger that, if given advance notice, Defendant will either disclose or destroy the confidential information and trade secrets at issue.

<u>Orders</u>

It is therefore **ORDERED** and **ADJUDGED** that Plaintiff's TRO Motion (ECF No. 2) is **GRANTED** as follows:

    1.   Defendant is enjoined from disclosing to any person or entity any confidential information about Plaintiff learned as a result of Defendant's employment with Plaintiff;

    2.   Defendant is required to cease the use, if any, of any documents or information derived from Plaintiff's confidential information and trade secrets, whether in paper form or contained on any external electronic storage devices, including but not limited to personal computers, tablets, USB devices, or any other electronic storage devices and/or media;

    3.   Defendant is prohibited from accessing, transferring, downloading, using, copying, disclosing, altering, destroying, or deleting any confidential information, trade secrets, or

property of Plaintiff, including information taken without authorization from Plaintiff's premises and computer systems;

    4.   Defendant is prohibited from destroying any documents or evidence in physical form and from deleting from computer systems or any electronic devices or media in her possession, custody, or control any information or documents that pertain, directly or indirectly, to the claims set forth in the Complaint filed by Plaintiff in this matter, until further order of the Court or agreement by the parties;

    5.   Defendant is prohibited from deleting or altering any email from any email account used by Defendant until further order of the Court or agreement by the parties;

    6.   Defendant is prohibited from deleting or altering any documents stored in any Internet-based or cloud-based storage accounts utilized or maintained by Defendant until further order of the Court or agreement by the parties;

    7.   Plaintiff shall post a bond or other security in the amount of $50,000 as a condition of the present Order.

    8.   This Order shall be binding upon Defendant and all persons and/or entities who act in concert or participation with her who receive actual notice of this Order.

It is further **ORDERED** that the Court will hold a hearing on extending this Temporary Restraining Order on **March 7, 2017,** at **2:30 p.m.,** in Courtroom 15A, U.S. Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

Plaintiff is directed to serve a copy of this Order upon Defendant at her last known address, by overnight mail, by regular mail, and by email (if known) within 24 hours of the entry of this Order.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**